# EXHIBIT 2
## IP ADDRESSES

| File Name: | Mechanic Resurrection |
|---|---|
| File Hash: | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 |
| ISP: | Comcast |

| No | IP | Port | Hit Date UTC | City | County |
|---|---|---|---|---|---|
| 1 | 98.197.156.96 | 28511 | 2017-01-16 01:42:22 | Houston | Harris |
| 2 | 98.199.177.24 | 58903 | 2017-01-15 15:31:08 | Houston | Harris |
| 3 | 73.55.237.49 | 63320 | 2017-01-15 04:43:09 | Spring | Harris |
| 4 | 73.77.246.213 | 8358 | 2017-01-12 23:44:32 | Houston | Harris |
| 5 | 50.203.119.242 | 36911 | 2017-01-12 19:35:36 | Katy | Harris |
| 6 | 73.155.200.78 | 38537 | 2017-01-04 20:21:04 | Humble | Harris |
| 7 | 73.183.199.231 | 48553 | 2017-01-03 06:41:44 | Houston | Harris |
| 8 | 73.77.249.180 | 29306 | 2017-01-02 04:42:51 | Houston | Harris |
| 9 | 73.77.14.140 | 42720 | 2017-01-01 22:34:48 | Spring | Harris |
| 10 | 73.32.231.118 | 51923 | 2017-01-01 20:03:38 | Spring | Harris |
| 11 | 98.197.53.24 | 64258 | 2016-12-31 12:20:15 | Spring | Harris |
| 12 | 98.197.12.238 | 44563 | 2016-12-25 20:41:37 | Katy | Harris |
| 13 | 50.200.212.14 | 46954 | 2016-12-23 10:55:36 | Freeport | Brazoria |
| 14 | 98.196.78.100 | 59615 | 2016-12-31 01:51:53 | Richmond | Fort Bend |
| 15 | 73.6.215.191 | 53586 | 2016-12-08 06:49:14 | Katy | Harris |